PHILLIP A. TALBERT
Acting United States Attorney
RACHEL R. DAVIDSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2731
E-mail: Rachel.Davidson@usdoj.gov

Attorneys for Defendant
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE STEWART,<br><br>               Plaintiffs,<br><br>v.<br><br>LORRAINE LEUNG, THE UNITED STATES DEPARTMENT OF AGRICULTURE-FOOD SAFETY AND INSPECTION SERVICE,<br><br>               Defendants. | Case No. 2:21-CV-01246-KJM-JDP<br><br>**STIPULATION TO SUBSTITUTE UNITED STATES OF AMERICA AS DEFENDANT FOR DEPARTMENT OF AGRICULTURE AND ORDER** |

      Plaintiff Lance Stewart and Defendant United States Department of Agriculture, through their respective counsel, stipulate to substitute the United States as Defendant in place of the Defendant United States Department of Agriculture. The United States is the only proper Defendant for claims under the Federal Tort Claims Act. 28 U.S.C. §§ 1346 (b)(1) and 2679(a); *FDIC v. Craft*, 157 F.3d 697, 706 (9th Cir. 1998) ("The FTCA is the exclusive remedy for tortious conduct by the United States, and it only allows claims against the United States. Although such claims can arise from the acts or omissions of United States agencies (28 U.S.C. § 2671), an agency itself cannot be sued under the FTCA.").

      Plaintiff will serve the United States pursuant to F.R.C.P. 4 and thereafter the United States will have the prescribed 60 days to respond.

///

///

STIPULATION TO SUBSTITUTE UNITED STATES OF AMERICA      1

///

| | |
|---|---|
| Dated: September 21, 2020 | PHILLIP A. TALBERT<br>Acting United States Attorney |
| By: | */s/ Rachel R. Davidson*<br>RACHEL R. DAVIDSON<br>Assistant United States Attorney<br>Attorneys for Defendant |
| DATED: September 21, 2021 | FRANK PENNEY INJURY LAWYERS |
| By: | */s/ Mark McCauley*  (auth. on 9/20/21)<br>MARK McCAULEY<br>Attorney for Plaintiff |

**O R D E R**

IT IS SO ORDERED.

DATED: September 22, 2021

_____
CHIEF UNITED STATES DISTRICT JUDGE