# UNITED STATES DISTRICT COURT

__Eastern__ District of __California__

Lance Jay Stewart

           Plaintiff (s),

V.

Lorraine Leung, et al.

           Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: __2:21-CV-01246-KJM-JDP__

Notice is hereby given that, subject to approval by the court, __Lance Jay Stewart__ substitutes
(Party (s) Name)

__Lance Jay Stewart, pro se__, State Bar No. __pro se__ as counsel of record in
(Name of New Attorney)

place of __Mark D. McCauley, Esq.__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: Lance Jay Stewart, pro se

    Address: 2516 48th Avenue, Sacramento, California 95822

    Telephone: (916) 427 - 2897      Facsimile _____

    E-Mail (Optional): pat543@earthlink.net

I consent to the above substitution.

Date: 2/10/2022

*DocuSigned by:* Lance Jay Stewart
(Signature of Party (s))

I consent to being substituted.

Date: 2/9/2022

(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 2/10/2022

*DocuSigned by:* Lance Jay Stewart
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: March 21, 2022

CHIEF UNITED STATES DISTRICT JUDGE

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]