PHILLIP A. TALBERT
United States Attorney
RACHEL R. DAVIDSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| LANCE STEWART, | CASE NO. 2:21-CV-01246-DAD-JDP |
|---|---|
| Plaintiff, | [PROPOSED] ORDER TO SCHEDULE SETTLEMENT CONFERENCE |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

**O R D E R**

Pursuant to the parties' stipulation, **IT IS HEREBY ORDERED** that a settlement conference is set before the Honorable Carolyn K. Delaney on January 17, 2023, at 9:30 a.m.

IT IS SO ORDERED.

Dated:   December 13, 2022

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE